EXHIBIT 3



**US Adjusting Services**
4090 South Regent
Wichita Falls, TX  76308

# LOSS REPORT
**Reinspection - Final**

Reference:

Report #: 0
Catastrophe Number: 16040
Policy Number: HO33579457
Claim Number: 1001-80-2138

Insured:  KYLE GOINS
514 W 54TH ST
SAND SPRINGS, OK 74063

Date of Loss: 7/15/2016
Type of Loss: STORM WIND
File Number:

### ENCLOSURES:
Bill for Services, Photos (27)

### COVERAGE:

| | | | |
|---|---|---|---|
| | | Eff. Dates: | From: 2/21/2016   To: 2/21/2017 |
| A-Dwelling | $228,278.00 | Mortgagee: | TULSA TEACHERS CREDIT UNION, TULSA TEACHERS CREDIT UNION |
| B-Other Structures | $22,828.00 | Deductible: | $0.00 |
| C-Personal Property | $159,795.00 | Co-Ins. Policy: | Yes ☐   No ☑ |
| D-Loss of Use | $68,483.00 | Forms: | |

### REINSPECTION
Date: 05/15/2017

A reinspection was conducted with the insured Kyle Goins and his contractor Ryan Smith of High Choice Construction (918-407-1450).

No additional damage was found. The previous adjuster Shane Haar had found improper shingle installation issues throughout the roof. My findings were the same. On every slope there were shingles with the left nail pulled through the shingle. In many cases these shingles only had 3 nails installed and they were over driven. Although this installation error does make this roof more susceptible to shingles being blown off the roof, there were no missing shingles, no creased shingles and no torn shingles. Therefore no physical wind damage was found to the roof and no repair recommendation is being made.

Thank you for this assignment and opportunity.

Respectfully,
Mickey Manzer
918-938-1151

### RECOMMENDATIONS:
Because this loss does not exceed the deductible, please close this file without payment.

| Item | Reserve |
|---|---|
| A-Dwelling | $12,500.00 |

5/16/2017

Andrew Smith          Date

CSAA_GOINS 0177