EXHIBIT 7



AAA Fire & Casualty Insurance Company
P.O. Box 24524 Oakland, CA 94623-1524
For claims or customer service call:
(800) 207-3618

# Homeowners Policy Declarations



**POLICY NUMBER:** HO3 - 003579457
**TIER:** T3
**RENEWAL DECLARATION**

**LOCATION OF INSURED PROPERTY**
514 W 54TH ST
SAND SPRINGS OK 74063

**AGENCY NAME AND ADDRESS**
AAA OKLAHOMA/9416/CLARK          044-9416
401 E BROADWAY CT STE B2
SAND SPRINGS OK 74063            (918) 245-8884

**NAMED INSURED AND MAILING ADDRESS**

KYLE GOINS, KARI GOINS
514 W 54TH ST
SAND SPRINGS OK 74063-3382

| POLICY PERIOD | | |
|---|---|---|
| FROM: 02/21/16 | TO: 02/21/17 | TIME: 12:01 A.M. |

This policy will continue for successive policy terms as long as the premiums required are paid, subject to the rate, rules and forms then in effect.

**DESCRIPTION OF PROPERTY**   **PREMIUM TO BE PAID BY**   MORTGAGEE

| YR BUILT | YR ROOF BUILT | CONSTRUCTION TYPE | PROT CLASS | ROOF TYPE | OCCUPANCY | USAGE | # OF RES |
|---|---|---|---|---|---|---|---|
| 2007 | 2007 | FRAME, NOT ALUMINUM OR PLASTIC | 03 | ASPHALT/FIBERGLASS | OWNER | PRIMARY | 4 |

**COVERAGES AND LIMITS OF LIABILITY**
Insurance is provided only with respect to the following coverages for which a specific limit of liability is shown. Subject to all conditions of this policy.

| SECTION I | | | | SECTION II | |
|---|---|---|---|---|---|
| A | B | C | D | E | F |
| DWELLING | OTHER STRUCTURES | PERSONAL PROPERTY | LOSS OF USE | PERSONAL LIABILITY EACH OCCURRENCE | MEDICAL PAYMENTS TO OTHERS |
| 228,278 * | 22,828 | 159,795 | 68,483 | 100,000 | 1,000 |

* Your Section I coverage limits may have been changed to reflect changes in construction costs & other matters affecting replacement costs.

**Deductible - Section I**   (In case of loss under Section I, we cover only that part of the loss over the deductible(s))
**ALL PERILS $ 1500**      **Wind/Hail $ 1500**

**FORMS AND ENDORSEMENTS**

| NUMBER/EDITION DATE | FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUANCE | PREMIUM |
|---|---|---|
| HW 00 08 05 05 | ASSURANCE+ | 25.00CR |
| HO 04 20 10 00 | SPECIFIED ADDTL INS - COVG A (150% EXTND REPL COST) | 122.00 |
| HO 04 53 10 00 | CC/EFT FORGERY/COUNTERFEIT COV - LIMIT: 5000 | 4.00 |
| HO 04 55 03 03 | IDENTITY FRAUD - LIMIT: 15000 | 25.00 |
| HO 04 90 10 00 | PERS PROP REPLACEMENT COST COV | 169.00 |
| HW 04 95 12 09 | WATER BACK UP & SUMP OVERFLOW - LIMIT: 5000 - DEDUCTIBLE: 1000 | 45.00 |
| HW 09 06 10 02 | MORTGAGE PROTECTION | 7.00 |
| AAAEXX 07 14 | NAME CHANGE ENDORSEMENT | INCL. |
| HO 00 03 10 00 | HO3 SPECIAL FORM (10/06) | INCL. |
| HO 04 16 10 00 | PREMISES ALARM OR FIRE PROTECT | INCL. |
| | Continued on next page... | |

**ADDITIONAL EXPOSURES**

| SWIMMING POOL | SPA/HOT TUB | TRAMPOLINE | WOOD STOVE | # OF LIVESTOCK | # DOGS |
|---|---|---|---|---|---|
| N | N | N | N | 0 | 0 |

| BASIC POLICY PREMIUM | |
|---|---|
| ENDORSEMENT PREMIUM | |
| TOTAL POLICY PREMIUM | |

**DISCOUNTS**
AAA MEMBERSHIP, PROTECTIVE DEVICE(S), COMPANION POLICY.

**1st MORTGAGEE**
TULSA TEACHERS CREDIT UNION
IT'S SUCCESSORS AND/OR ASSIGNS
POST OFFICE BOX 4999
TULSA OK 74159

0126293001

**2nd MORTGAGEE**
TULSA TEACHERS CREDIT UNION
IT'S SUCCESSORS AND/OR ASSIGNS
POST OFFICE BOX 4999
TULSA OK 74159

0126293002

Countersignature

This Declaration is part of your policy. It supersedes and controls anything to the contrary.
It is otherwise subject to all other terms of the policy.

Authorized Representative

| HW 02 OK 04 07 | Policy Number: HO3 - 003579457 | Named Insured: KYLE GOINS | Page 1 of 2 |

INSURED COPY

CSAA_GOINS 0385



AAA Fire & Casualty Insurance Company
P.O. Box 24524 Oakland, CA 94623-1524
For claims or customer service call:
(800) 207-3618

# Homeowners Policy Declarations

**POLICY NUMBER: HO3 - 003579457**
**TIER: T3**
**RENEWAL DECLARATION**

**LOCATION OF INSURED PROPERTY**
514 W 54TH ST
SAND SPRINGS OK 74063

**AGENCY NAME AND ADDRESS**
AAA OKLAHOMA/9416/CLARK        044-9416
401 E BROADWAY CT STE B2
SAND SPRINGS OK 74063          (918) 245-8884

**NAMED INSURED AND MAILING ADDRESS**
KYLE GOINS, KARI GOINS
514 W 54TH ST
SAND SPRINGS OK 74063-3382

| POLICY PERIOD | | |
|---|---|---|
| FROM: 02/21/16 | TO: 02/21/17 | TIME: 12:01 A.M. |

This policy will continue for successive policy terms as long as the premiums required are paid, subject to the rate, rules and forms then in effect.

**DESCRIPTION OF PROPERTY**          **PREMIUM TO BE PAID BY**   MORTGAGEE

| YR BUILT | YR ROOF BUILT | CONSTRUCTION TYPE | PROT CLASS | ROOF TYPE | OCCUPANCY | USAGE | # OF RES |
|---|---|---|---|---|---|---|---|
| 2007 | 2007 | FRAME, NOT ALUMINUM OR PLASTIC | 03 | ASPHALT/FIBERGLASS | OWNER | PRIMARY | 4 |

**COVERAGES AND LIMITS OF LIABILITY**
Insurance is provided only with respect to the following coverages for which a specific limit of liability is shown. Subject to all conditions of this policy.

| SECTION I | | | | SECTION II | |
|---|---|---|---|---|---|
| A | B | C | D | E | F |
| DWELLING | OTHER STRUCTURES | PERSONAL PROPERTY | LOSS OF USE | PERSONAL LIABILITY EACH OCCURRENCE | MEDICAL PAYMENTS TO OTHERS |
| 228,278 * | 22,828 | 159,795 | 68,483 | 100,000 | 1,000 |

* Your Section I coverage limits may have been changed to reflect changes in construction costs & other matters affecting replacement costs.

**Deductible - Section I**        (In case of loss under Section I, we cover only that part of the loss over the deductible(s))
**ALL PERILS $ 1500**     **Wind/Hail $ 1500**

**FORMS AND ENDORSEMENTS**

| NUMBER/EDITION DATE | FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUANCE | PREMIUM |
|---|---|---|
| HO 04 96 10 00 | NO LIABILITY FOR HOME DAYCARE | INCL. |
| HW A3 00 12 09 | HO-3 AMENDATORY ENDORSEMENT | INCL. |
| HW 01 35 04 07 | SPECIAL PROVISIONS - OK | INCL. |
| HW 09 15 03 08 | VICIOUS DOG LIABILITY EXCL | INCL. |
| HW 24 82 05 06 | PERSONAL INJURY | INCL. |
| 438 BFU NS | LENDER'S LOSS PAYABLE | INCL. |

**ADDITIONAL EXPOSURES**

| SWIMMING POOL | SPA/HOT TUB | TRAMPOLINE | WOOD STOVE | # OF LIVESTOCK | # DOGS |
|---|---|---|---|---|---|
| N | N | N | N | 0 | 0 |

| | |
|---|---|
| BASIC POLICY PREMIUM | $ 1,392.00 |
| ENDORSEMENT PREMIUM | $ 347.00 |
| TOTAL POLICY PREMIUM | $ 1,739.00 |

**DISCOUNTS**
AAA MEMBERSHIP, PROTECTIVE DEVICE(S), COMPANION POLICY.

**1st MORTGAGEE**
TULSA TEACHERS CREDIT UNION
IT'S SUCCESSORS AND/OR ASSIGNS
POST OFFICE BOX 4999
TULSA OK 74159

0126293001

**2nd MORTGAGEE**
TULSA TEACHERS CREDIT UNION
IT'S SUCCESSORS AND/OR ASSIGNS
POST OFFICE BOX 4999
TULSA OK 74159

0126293002

Countersignature

This Declaration is part of your policy. It supersedes and controls anything to the contrary.
It is otherwise subject to all other terms of the policy.

Authorized Representative

| HW 02 OK 04 07 | Policy Number: HO3 - 003579457 | Named Insured: KYLE GOINS | Page 2 of 2 |

INSURED COPY

CSAA_GOINS 0387

c. We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires any "insured" or others, to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**12. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against.

This coverage does not increase the limits of liability that apply to the damaged covered property.

## SECTION I – PERILS INSURED AGAINST

We insure against risk of direct physical loss to property described in Coverages A, B and C.

We do not insure, however, for loss:

A. Under Coverages A, B and C:

1. Excluded under Section I – Exclusions;

2. Caused by:

   a. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

   (1) Maintain heat in the building; or

21