EXHIBIT 8 - AS REDACTED

Trade Specific Instructions