EXHIBIT 9

Claim: 1001-80-2138

Xactware Notes
File Closed close Created by :Shane Haar - Sun Dec 11 13:40:59 MST 2016
-Xactware User (12/11/2016 12:40 PM)

Xactware Notes
Desk Adjuster Assigned Assigned to Desk Adjuster: Abia, Kufre (gqdabia) Created by :Shane Haar - Sun Dec 11 13:37:56 MST 2016
-Xactware User (12/11/2016 12:37 PM)

Xactware Notes
Site Inspected This status was updated by information received from Xactimate. Created by :XactNet System - Sun Dec 11 13:34:45 MST 2016
-Xactware User (12/11/2016 12:34 PM)

Closing Summary *** Withdraw***
CLAIMS SUMMARY/INSPECTION AND CAUSE OF LOSS: I inspected the loss on 12/11/2016 with Mr. Goins and Brian with Above All Roofing at 514 W 54th St Sand Springs, OK. Based on my observations and information gathered, the inspection revealed that the cause of loss is due to wind, hail and wind driven in rain. The ensuing damage is: Roof: Both Brian and myself accessed the roof. All slopes were inspected for wind and hail damage. The only slope that was damage was on the right slope. There were 5 wind damage shingles. No hail damage was found to all the slopes. 1 rain cap revealed small hail hits on it. ***Brian agreed with all findings on the roof. *** Front elevation: Paint on the shutters, 1 downspout Right elevation: No damage found Back elevation: 1 downspout, 1 window screen Left elevation: 1 downspout, wind damage to the gutter run Interior: Member reported water damage to the office ceiling. I was unable to find any water spots on the tray ceiling. Point of entry is around the furnace vent skirt that was pushed up by the wind. Other Structure: Wind damage to the left front gate. Member stated this was blown off during the storm. Personal Property: No damage found Duration of leak/loss appears to be: Recent with the DOL per the member. No water stains could be found to the ceiling Repair Duration: 2 days Mold Discovered: No mold found Policy Form/Applicable Endorsement(s): HO 3/ No ACV endorsement Coverage Analysis: FA determined COL to be wind/hail/ wind/hail is a covered peril within policy form. Coverage would also be afforded for the interior water damages due to wind driven in rain. CCQ: Cause of loss has been determined as covered, no CCQ Prior Losses: Reviewed the ISO report and found no related matches Mitigation/ES Payment: n/a Mitigation Payee: n/a Subro: This loss was not the result of negligent workmanship or product failure resulting in no opportunity for subro. Salvage: There does not appear to be any salvage potential for this loss and damage. All items are damaged beyond their

Page 10

CSAA_GOINS 0205

Claim: 1001-80-2138

salvage value. Supplement Potential: none anticipated SETTLEMENT DISCUSSION: I explained to Mr. Goins and Brian with Above All Roofing the scope of repairs and that those damages wouldn't exceed the 1,500.00 deductible. Member agreed with the contractor since the roof isn't being replaced he would like to withdraw the claim. I advised the member I would send him a non pursuit letter in the mail. All parties agreed. Estimate mailed. Potential LOSS OF USE: No. Cur: No SETTLED ONSITE: YES
-Robert Haar (12/11/2016 12:34 PM)

Cause of Loss Confirmed
Confirmed by: AAA Shane Haar Cause Details: wind and hail Created by: System User Updated by: Thu Dec 08 10:04:13 MST 2016
-Robert Haar (12/11/2016 12:33 PM)

Xactware Notes
Customer Contacted This status was updated by information received from Xactimate. Created by :XactNet System - Fri Dec 09 12:11:31 MST 2016
-Xactware User (12/09/2016 11:11 AM)

Xactware Notes
ASSIGNMENT ACKNOWLEDGEMENT: Assignment was received on 12-9-16 at 9:29am. I received a call back from Mr. Goins on 12-9-16 at 1:00pm and provided my contact information, advised that I am the field inspector and was requested to inspect their loss by the Owning Adjuster. I explained that I will attempt to evaluate the cause and estimate of repair. I explained my roles and the roles of the O/A. Inspection was set for 12-11-16 at 1pm. Recap loss: storm damage to the property Created by :Shane Haar - Fri Dec 09 12:08:32 MST 2016
-Xactware User (12/09/2016 11:08 AM)

Xactware Notes
Called 918-381-7987 and left a vm. Advised the member to call me back so we could set up a field inspection. Created by :Shane Haar - Fri Dec 09 11:33:33 MST 2016
-Xactware User (12/09/2016 10:33 AM)

Xactware Notes
Notification Pending Created by :Mellany Godwin - Fri Dec 09 08:29:03 MST 2016
-Xactware User (12/09/2016 07:29 AM)

CSAA_GOINS 0206