# EXHIBIT 12



Mr. Michael McGrew
McGrew, McGrew & Associates
400 North Walker Ave., Suite 115
Oklahoma City, Oklahoma  73102

Re:   514 W. 54th Street
      Sand Springs, Oklahoma

Pursuant to your request, this is my Rule 26 report which contains a replacement cost, Xactimate estimate to repair the roof of Mr. and Mrs. Goins' home located at 514 W. 54th Street in Sand Springs, Oklahoma. This is the estimating method I would utilize in an insurance claim or for a homeowner who desired an estimate for the scope of damages.

As you requested, my charges are as follows: $125.00 per hour. I have not published or authored any articles. I have not testified as an expert in the past four years. In preparing this report, I relied upon my personal inspection of the property, as well as my knowledge, training, and experience. I believe that the attached estimate is a fair and accurate scope of the loss.

I have chosen Xactimate as it is the most widely used estimating platform in the construction and insurance industries. Xactimate is the estimating program recognized and utilized by most major property insurance companies.

I have been estimating catastrophic losses for over 16 years and have consulted on large loss claims across the US, as well as overseen the repairs of such projects. I have had advanced training in Xactimate and have been in the insurance loss business since 1993. I was the project manager and estimator for Espo Fire and Water in Tulsa, Ok for just over 16 years. Prior to that, I owned my own painting and construction company. I have attended numerous seminars and continuing education classes concerning construction related subjects.

I have prepared this report and estimate for McGrew, McGrew & Associates regarding my opinions concerning the replacement of the Goins roof. My opinions are based upon my education, training and experience as an estimator in the construction industry. The attached estimate represents the accurate scope of work necessary to return the property to its pre-loss condition and is an estimate that my company would do the work based upon.

Sincerely,

Kevin Hefley



### Dason Fire & Water Restoration, Inc.

5303 South 321st E. Ave
Broken Arrow, OK 74014

|  |  |  |  |
|---|---|---|---|
| Client: | Goins | | |
| Property: | 514 W. 54th Street | | |
| | Sand Springs, OK 74063 | | |
| | | | |
| Operator: | FRANKFIN | | |
| | | | |
| Estimator: | Kevin Hefley | Business: | (918) 379-0390 |
| Position: | President | E-mail: | kevin@dasonrestoration.com |
| Company: | Dason Fire and Water Restoration | | |
| Business: | 5303 South 321 East Ave | | |
| | Broken Arrow, OK 74014 | | |

Type of Estimate:   Other
Date Entered:   2/19/2018            Date Assigned:

Price List:   OKTU8X_JAN18
Labor Efficiency:   Restoration/Service/Remodel
Estimate:   2018-02-19-1123



**Dason Fire & Water Restoration, Inc.**

5303 South 321st E. Ave
Broken Arrow, OK  74014

**2018-02-19-1123**

### Roof

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Remove Laminated - comp. shingle rfg. - w/ felt | 36.71 | SQ @ | 41.30 = | 1,516.12 |
| Laminated - comp. shingle rfg. - w/ felt | 44.33 | SQ @ | 203.17 = | 9,006.53 |
| Ice & water shield | 480.00 | SF @ | 1.46 = | 700.80 |
| Asphalt starter - universal starter course | 298.00 | LF @ | 1.76 = | 524.48 |
| R&R Drip edge | 298.00 | LF @ | 2.10 = | 625.80 |
| R&R Ridge cap - composition shingles | 274.00 | LF @ | 5.35 = | 1,465.90 |
| Remove Additional charge for steep roof - 10/12 - 12/12 slope | 21.28 | SQ @ | 16.26 = | 346.01 |
| Remove Additional charge for steep roof - 7/12 to 9/12 slope | 13.12 | SQ @ | 10.35 = | 135.79 |
| Additional charge for steep roof - 7/12 to 9/12 slope | 15.74 | SQ @ | 34.60 = | 544.60 |
| Additional charge for steep roof - 10/12 - 12/12 slope | 25.54 | SQ @ | 54.38 = | 1,388.87 |
| Step flashing | 9.00 | LF @ | 8.23 = | 74.07 |
| R&R Counterflashing - Apron flashing | 20.00 | LF @ | 8.06 = | 161.20 |
| R&R Flashing - pipe jack | 5.00 | EA @ | 38.89 = | 194.45 |
| R&R Chimney flashing - large (32" x 60") | 1.00 | EA @ | 425.58 = | 425.58 |
| R&R Roof vent - turtle type - Metal | 4.00 | EA @ | 54.92 = | 219.68 |



**Dason Fire & Water Restoration, Inc.**

5303 South 321st E. Ave
Broken Arrow, OK 74014

## Summary

| | |
|---|---:|
| Line Item Total | 17,329.88 |
| Material Sales Tax | 442.83 |
| **Replacement Cost Value** | **$17,772.71** |
| **Net Claim** | **$17,772.71** |

_____
Kevin Hefley
President