EXHIBIT 13

Case 4:17-cv-00347-JHP-JFJ   Document 39-13 Filed in USDC ND/OK on 05/04/18   Page 2 of 4

# Photo Sheet

**CSAA Insurance Group**
P.O. Box 2453
Oakland, CA 94623
(800) 207-3618 - Phone
(877) 548-1610 - Fax

| | |
|---|---|
| Insured | KYLE GOINS |
| Claim # | 1001-80-2138 |
| Policy # | HO33579457 |



**47-Left elevation**
Date Taken: 12/11/2016
Taken By: Shane Haar
No damage found to the window screen



**48-Left elevation**
Date Taken: 12/11/2016
Taken By: Shane Haar
Member stated the wind pulled away the gutter.

Photo Sheet          37          12/11/2016

CSAA_GOINS 0076

# Photo Sheet

**CSAA Insurance Group**
P.O. Box 2453
Oakland, CA 94623
(800) 207-3618 - Phone
(877) 548-1610 - Fax

Insured: KYLE GOINS
Claim #: 1001-80-2138
Policy #: HO33579457



**4-Office**
Date Taken: 12/11/2016
Taken By: Shane Haar

Member stated water was leaking out of the crown molding. Point of entry is from the roof where the exhaust skirt was blown up by the winds. No water stains could be observed.



**5-Office**
Date Taken: 12/11/2016
Taken By: Shane Haar
Overview

Photo Sheet

12 11 2016

CSAA_GOINS 0077

# Photo Sheet

**CSAA Insurance Group**
P.O. Box 2453
Oakland, CA  94623
(800) 207-3618 - Phone
(877) 548-1610 - Fax

Insured:   KYLE GOINS
Claim #:   1001-80-2138
Policy #:  HO33579457



**41-Fence**
Date Taken: 12/11/2016
Taken By:   Shane Haar
Left run. No spatter marks found



**49-Fence**
Date Taken: 12/11/2016
Taken By:   Shane Haar
Front left: Member stated the wind blew off his gate

Photo Sheet                 43                                  12 11 2016

CSAA_GOINS 0082